**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                              :

                                                    :

Asbestos Corporation Limited,                        :          Case No. 25-09889 (JSR)

                                                    :              **ORDER**

      Debtor in a Foreign Proceeding.          :

                                                    :

JED S. RAKOFF, U.S.D.J.:

      Upon consideration of the issues discussed during the continued telephonic conference held on January 21, 2026 at 3:30 p.m., the Court hereby sets the following schedule for the submission of briefs in the above-captioned appeal:

(1) Appellants must serve and file an opening brief and appendix within 45 days after the docketing of the notice issued pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(1) that the record has been transmitted or is available electronically;

(2) Appellees must serve and file their opposition brief or briefs and any appendix or appendices within 45 days after service of the appellants' opening brief and appendix; and

(3) Appellants may serve and file a reply brief within 30 days after service of the appellees' brief or briefs.

SO ORDERED.

                                                   _____
                                                    Jed S. Rakoff, U.S.D.J.

Dated: New York, New York
       January 28 2026