**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                        :

                             :         Case No. 25-cv-09889 (JSR)

Asbestos Corporation Limited,   :

                             :             **ORDER**

        Debtor in a Foreign Proceeding.   :

                             :

JED S. RAKOFF, U.S.D.J.:

The notice of the availability of the record on appeal having been filed on February 24, 2026, the Court hereby sets the dates contemplated in its Order entered at docket number 13 as follows:

(1) Appellants must serve and file an opening brief and appendix by April 10, 2026;

(2) Appellees must serve and file their opposition brief or briefs and any appendix or appendices by May 26, 2026; and

(3) Appellants may serve and file a reply brief by June 25, 2026.

SO ORDERED.

_____
Jed S. Rakoff, U.S.D.J.

Dated: New York, New York
       April 29, 2026