UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ASBESTOS CORPORATION LIMITED | 25-cv-9889 (JSR) |
| | ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is an appeal from a bankruptcy court order recognizing a Canadian insolvency proceeding under Chapter 15 of the Bankruptcy Code, see 11 U.S.C. § 1517(a), and extending stay relief to certain non-debtor third parties, see id. § 1521(a); ECF No. 1. Upon full consideration of the briefing, as well as the arguments presented at oral argument on August 27, 2026, the Court hereby affirms the bankruptcy court's order recognizing a foreign proceeding and extending stay relief to Certain London Market Insurers ("CLMI"), Resolute Management, Inc., and General Dynamics Corporation. An Opinion explaining the reasons for this ruling will issue in due course.

SO ORDERED.

New York, NY
September 9, 2026

JED S. RAKOFF, U.S.D.J.