**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In re:

ASBESTOS CORPORATION LIMITED,

25 **CIVIL** 9889 (JSR)

**JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 23, 2026, the Court reconfirms its September 10, 2026 "bottom-line" Order; accordingly, the case is closed.

**Dated:** New York, New York
October 28, 2026

**TAMMI M. HELLWIG**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**